# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JIM BODTKE                                                                                    PLAINTIFF

v.                                    No. 4:10CV01154 JLH

ARKANSAS CHILDREN'S HOSPITAL                                                   DEFENDANTS

## ORDER

Without objection, plaintiff's motion to dismiss this action is GRANTED.  Document #15.

This action is hereby dismissed without prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED this 29th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE